# Third District Court of Appeal

## State of Florida

Opinion filed January 26, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1514
Lower Tribunal No. 17-12975

————————

**Alan Howard,**
Appellant,

vs.

**Maria Fuentes,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Chad Barr Law, and Chad A. Barr (Altamonte Springs), for appellant.

Wicker Smith O'Hara McCoy & Ford, P.A., and Alyssa M. Reiter (Fort Lauderdale), for appellee.

Before LOGUE, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.